UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-24286-GAYLES/SHAW-WILDER

UNIVERSA INVESTMENTS L.P.,

     Plaintiff,

v.

ALEXANDER BORODICH, an individual,
and UNIVERSA CORPORATION, LTD.,
a foreign company,

     Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Detra Shaw-Wilder (the "Report") [ECF No. 42] regarding Defendants Alexander Borodich and Universa Corporation Ltd.'s (collectively, "Defendants") Motion to Vacate Under Federal Rule of Civil Procedure 60(b)(4) ("Motion") [ECF No. 35]. On July 24, 2025, Plaintiff Universa Investments L.P. ("Plaintiff") filed a Response in Opposition to Defendants' Motion. [ECF No. 39]. On February 18, 2026, Judge Shaw-Wilder issued her Report recommending that the Motion be granted. [ECF No. 42]. On February 25, 2026, Plaintiff timely objected to the Report ("Objection"). [ECF No. 45].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made

are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). The Court has conducted a *de novo* review of the record, including the Report, the Motion, and Plaintiff's Objection, and agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusion that the Motion should be granted.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)      Magistrate Judge Shaw-Wilder's Report and Recommendation, [ECF No. 42], is **ADOPTED in full**;

(2)      Defendants' Motion, [ECF No. 35], is **GRANTED**;

(3)      The Clerk's Default [ECF No. 13] and the Final Default Judgment [ECF Nos. 19, 20] are hereby vacated.

(4)      Plaintiff shall properly effectuate service on the Defendants within ninety (90) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of March 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2